IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. ARMSTRONG, | No. CIV S-09-0062-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| REDDING PAROLE DEPARTMENT, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, proceeding in pro per, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Plaintiff's "Motion for Court Order for Release of Record" (Doc. 17). In this motion, Plaintiff requests a court order directing the release of records "retained by C.D.C.R.-Div. of Adult Parole opperations [sic]."

The court construes this motion as a request for a court issued subpoena for documents from a third party. However, this request is premature, and as such will be denied without prejudice. This case is not at issue, and discovery has not yet opened. See Fed. R. Civ. Proc. 26(d). The court finds it inappropriate to allow third party discovery to occur prior to the case being at issue, especially where the defendants have not yet been served.

///

Accordingly, Plaintiff's motion for a court issued subpoena (Doc. 17) is denied without prejudice to renewal once the defendants have been served and have appeared in this matter, and the case is at issue.

IT IS SO ORDERED.

DATED: July 6, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE