IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. ARMSTRONG, | No. CIV S-09-0062-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| REDDING PAROLE DEPARTMENT, et al., | |
| Defendants. | |
| _____ / | |

   Plaintiff, proceeding in pro per, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is Defendants' motion to dismiss (Doc. 26), currently set for hearing on October 29, 2009.  This matter is also set for a scheduling conference on October 29, 2009.

   The motion to dismiss was filed on October 1, 2009.  Pursuant to Local Rule 78-230(b), hearings on motions are to be set no less than thirty-one days after service by mail and filing of the motion.  Accordingly, the hearing on this motion needs to be reset to comply with that rule.  The hearing on Defendants' motion to dismiss will be reset to December 3, 2009, at 10:00 a.m., before the undersigned in Redding, California.  Plaintiff's opposition, if any, to the

/ / /

motion to dismiss will remain due as set forth in Rule 78-230(c).[1] In addition, the court finds it appropriate to vacate the scheduling conference until the motion to dismiss is resolved.

Plaintiff has also filed a motion for discovery (Doc. 32). Discovery generally commences upon the filing of Defendants' answer or the issuance of a scheduling order. In this case, no answer is on file, and this case is therefore not yet at issue. As stated above, once the pending motion to dismiss is resolved, the court will reset the scheduling conference if appropriate. Following the scheduling conference, the parties will have sufficient time to engage in all acceptable discovery.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Defendants' motion to dismiss is reset to December 3, 2009, at 10:00 a.m., before the undersigned in Redding, California;

2. The scheduling conference set for October 29, 2009, is vacated to be reset if appropriate after resolution of the pending motion to dismiss; and

3. Plaintiff's motion for discovery (Doc. 32) is denied.

DATED: October 22, 2009

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 78-230(c) requires any opposition to the granting of a motion be in writing and filed with the Clerk not less than fourteen days preceding the noticed (or continued) hearing date. It also requires any opposition served by mail or electronic service to be serve not less than seventeen days before the hearing date. Finally, the rule provides that no party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party.