IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. ARMSTRONG,

        Plaintiff,

  vs.

REDDING PAROLE DEPARTMENT, et al.,

        Defendants.

No. CIV S-09-0062-FCD-CMK

ORDER

Plaintiff, proceeding in pro per, brings this civil rights action pursuant to 42 U.S.C. § 1983. This action is closed, the court having granted Defendant' motion to dismiss, and is currently on appeal with the Ninth Circuit Court of Appeals. Plaintiff has filed a request for the transcripts from a hearing held in this court. As this case is closed and on appeal, Plaintiff's motion is denied without prejudice to renewal in the Ninth Circuit.

IT IS SO ORDERED.

DATED: June 30, 2010

                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE