IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. ARMSTRONG, | No. CIV S-09-0062-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| REDDING PAROLE DEPARTMENT, et al.,, | |
| Defendants. | |

Plaintiff, proceeding in pro per, brought this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for default judgment (Doc. 49).

Entering the default of a defendant is only appropriate where a defendant fails to respond to and defend against an action. See Fed. R. Civ. Proc. 55. Here, the defendants responded to this action, by way of a motion to dismiss. The defendants' motion to dismiss was granted, and final judgment was entered on May 7, 2010. Plaintiff then appealed this court's decision, which was affirmed on appeal August 12, 2010. Thus, there is no basis for entry of default, nor for a default judgment, and plaintiff's motion therefor is denied.

/ / /

/ / /

1   This case is closed. Plaintiff is advised that any further documents filed in this
2   case will be disregarded and no order will issue in response to future filings.
3       IT IS SO ORDERED.

4

5   DATED: April 25, 2012

6

7   _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE